# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0901
LT Case No. 2015-CF-002418-A

<mark>CORRECTED</mark>

_____

TIMOTHY THOMAS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for <mark>Duval</mark> County.
London Mahogany Kite, Judge.

Timothy Thomas, Bonifay, pro se.

No Appearance for Appellee.

November 25, 2025

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____